IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRAINE GOURDINE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:05-CV-1755-TWT |

OPINION AND ORDER

This is an employment discrimination action. The Defendant has never been served with process. It is before the Court on the Report and Recommendation [Doc. 4] recommending that the case be dismissed without prejudice for failure to effectuate service within the time allowed by Rule 4 of the Federal Rules of Civil Procedure. The Plaintiff's only response to the Report and Recommendation is to say that she was treated unfairly. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 3 day of January, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge